**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SAVINGS FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND; AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND,<br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DEMOS PAINTING & DECORATING, INC., an Illinois corporation,<br>　　　　　　　　Defendant. | No. 21-CV-5127<br><br>Judge Tharp<br><br>Magistrate Judge Gilbert |

**NOTICE OF DISMISSAL**

　　　　Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, BRIAN C. JAMES, GRANT R. PIECHOCINSKI and ARNOLD AND KADJAN, LLP, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), voluntarily dismiss this action without prejudice and state that the Defendant has neither served an Answer nor a Motion for Summary Judgment.

　　　　　　　　　　　　　　　　　　　　　　**TRUSTEES OF THE CHICAGO PAINTERS
　　　　　　　　　　　　　　　　　　　　　　AND DECORATORS PENSION FUND, et al.,**

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Grant R. Piechocinski
　　　　　　　　　　　　　　　　　　　　　　　　One of their Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SAVINGS FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND; AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| ) | No. 21-CV-5127 |
| v. ) | |
| ) | Judge Tharp |
| DEMOS PAINTING & DECORATING, INC., an Illinois corporation, ) ) | |
| ) | Magistrate Judge Gilbert |
| Defendant. ) | |

**CERTIFICATE OF SERVICE
PROOF OF SERVICE**

The undersigned hereby states that the Plaintiffs' Notice of Dismissal was served by placing same in an envelope via First Class Mail by depositing the same in the U.S. Mail located at 35 E. Wacker Drive, Chicago, Illinois on this 7th day of March, 2022 at or before the hour of 5:00 p.m.

Demos Painting, Inc.
c/o Michael Dimoutsikos, President
7410 N. Kilbourn
Skokie, IL 60076

/s/ Grant R. Piechocinski

Donald D. Schwartz
James R. Anderson
Grant R. Piechocinski
Arnold and Kadjan, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL  60601

2