**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Trustees of the Chicago Painters and Decorators
Pension Fund, et al.

                                                        Plaintiff,

v.                                                           Case No.:
                                                               1:21−cv−05127

                                                               Honorable John J. Tharp Jr.

Demos Painting & Decorating, Inc.

                                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 8, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the plaintiffs' notice of dismissal [9] and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is concluded. All future dates and deadlines are stricken; all pending motions are denied as moot. Civil case terminated. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.